O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM LAURELES,<br><br>                    Petitioner,<br><br>        vs.<br><br>RANDY GROUNDS, WARDEN,<br><br>                    Respondent. | CASE NO. ED CV 11-01755 PSG (RZ)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a <u>de novo</u> review of those portions of the Report to which Petitioner has objected. The Court accepts the findings and recommendations of the Magistrate Judge.

DATED: January 12, 2012

PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE