**O**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM LAURELES, ) | CASE NO. ED CV 11-01755 PSG (RZ) |
| Petitioner, ) | |
| ) | JUDGMENT |
| vs. ) | |
| RANDY GROUNDS, WARDEN, ) | |
| Respondent. ) | |

This matter came before the Court on the Petition of WILLIAM LAURELES, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: January 12, 2012

_____
PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE